GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY PC
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
E-mail: gweickhardt@rmkb.com
    wkrog@rmkb.com

Attorneys for Defendants
CHASE BANK USA, N.A., MANN BRACKEN,
LLC, PALISADES COLLECTIONS, LLC,
JPMORGAN CHASE & CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>        Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., MANN BRACKEN, LLC, PALISADES COLLECTIONS, LLC, et al.,<br><br>        Defendants. | Case No. SACV08-00527 AG (ANx)<br><br>**JUDGMENT** |

The Court has granted Defendants' Motion to Dismiss. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants Chase Bank USA, N.A., Mann Bracken, LLC, Palisades Collections, LLC and JPMorgan Chase & Co., and against plaintiff Robert Townsend.

Dated:   March 02, 2009

_____
THE HON. ANDREW J. GUILFORD
U.S. District Judge